# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>M.G. DIGITAL INC. and GUMIN PRODUCTIONS,<br><br>  Defendant. | CASE NO. CV 08-00952 GPS (JWJx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISCHARGE OF EMPIRE FIRE AND MARINE INSURANCE COMPANY** |

Having considered the Stipulation of the parties,

**IT IS THEREFORE ORDERED**:

1. That Empire Fire and Marine Insurance Company be discharged from further liability to any or all of the defendants named herein under the allegations of the complaint;

2. That Empire Fire and Marine Insurance Company be discharged and relieved of further responsibility in said action;

3. That all defendants be permanently enjoined from the further assertion of any and all manner of actions, causes of action, claims, demands, or suits,

1  including bad faith claims, arising out of or relating to the rental of film equipment
2  from M.G. Digital Inc. to Gumin Productions; and
3       4.   That the Court award Empire Fire and Marine Insurance Company its
4  costs and attorney fees totaling $5,000, incurred in the course of this interpleader
5  action, to be paid from the funds Empire Fire and Marine Insurance Company
6  deposited with this Court.

8  Dated: June 30, 2008        **GEORGE P. SCHIAVELLI**
9                              The Honorable George P. Schiavelli
                                Judge, United States District Court

11 Submitted By:
12 McKENNA LONG & ALDRIDGE LLP

14 By: /S/ Mana Elihu
15     Mana Elihu (SBN 228846)
       melihu@mckennalong.com
       Attorneys for Plaintiff
16     EMPIRE FIRE AND MARINE
       INSURANCE COMPANY

18 SAMI N. KHADDER

20 By:  /S/ Sami N. Khadder
21     Sami N. Khadder (SBN 232216)
22     Attorney for Defendant
       M.G. DIGITAL INC.

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

LA:17310244.1